
Caraballo v. 810 Deli & Cafe, et ano. 14-CV-4107
robert to: ForrestNYSDChambers
Cc: mtiliakos

10/08/2014 06:51 PM

From: robert <robert@kraselnik.com>
To: ForrestNYSDChambers@nysd.uscourts.gov
Cc: mtiliakos@duanemorris.com

Please respond to robert <robert@kraselnik.com>

Dear Judge Forrest:

Per Your Honor's September 9, 2014 Order, attached please find the proposed executed settlement agreement along with the basis for attorneys' fees. Kindly let us know if Your Honor requires anything else. The parties thank the Court for its consideration of this matter.

Regards,

Robert L. Kraselnik, Esq.
Law Offices of Robert L. Kraselnik, PLLC
271 Madison Ave., Ste. 1403
New York, NY 10016
Direct: 212-576-1857
Fax: 212-576-1888

robert@kraselnik.com   810 Deli.pdf  810 Deli Fees and Costs.pdf

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 9 2014
```

Ordered

Post to docket, (Email only). The Settlement is approved as fair and reasonable (including attorney's fees).

K.B. For
10/9/14         USDJ