UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

C.O. FRANCISCO CARABALLO,

                Plaintiff,

          -v-

810 DELI, INC. et al.,

               Defendants.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 0 2014
```

14-cv-4107 (KBF)

ORDER

On October 8, 2014, the parties submitted a proposed settlement

agreement along with the basis for attorneys' fees.  These documents have

been filed under seal.

      SO ORDERED:

Dated:      New York, New York
             October _10_, 2014

_____
KATHERINE B. FORREST
United States District Judge